# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

Debtor: __Jerry Jess Tourtillot__

Chapter 7 Case No. __09-60415__

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Dan Fulton P.A.<br>101 Main Ave. S.<br>PO Box 277<br>Roseau, MN  56751 | 3 | $240.30 | $3.11 |

Date: May 12, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757